# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

The Trustees of the Sheet Metal Local #10 Control Board Trust Fund

Plaintiff

v.

Granite City Heating Company

Defendants

Case No. Civil 01-1291 RHK/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Clerk of Court shall enter judgment in favor of Plaintiffs and against the Defendant in the amount of $12,028.06.

DATE: October 16, 2002

RICHARD D. SLETTEN, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

13